**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 15-23609 |
| | § | |
| SHAUNTENELL MORGAN | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 07/10/2015. The undersigned trustee was appointed on 07/10/2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                  $4,764.00

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $0.00 |
    | Bank service fees | $20.20 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $2,286.72 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $2,457.08 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 06/15/2016 and the deadline for filing government claims was 06/15/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $619.32. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $619.32, for a total compensation of $619.32[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $22.84, for total expenses of $22.84.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/28/2017                    By:   /s/ David P. Leibowitz
                                           Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1    Exhibit A

| Case No.: | 15-23609 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | MORGAN, SHAUNTENELL | | Date Filed (f) or Converted (c): | 07/10/2015 (f) |
| For the Period Ending: | 1/28/2017 | | §341(a) Meeting Date: | 08/19/2015 |
| | | | Claims Bar Date: | 06/15/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Cash in wallet | $25.00 | $0.00 | | $0.00 | FA |
| 2  Fifth Third Bank Checking (3142) | $30.00 | $0.00 | | $0.00 | FA |
| 3  Household furnishings at used store value | $460.00 | $0.00 | | $0.00 | FA |
| 4  Bible/School books, CD's, DVD's (used book store value) | $155.00 | $0.00 | | $0.00 | FA |
| 5  Normal wearing apparel at used store value | $300.00 | $0.00 | | $0.00 | FA |
| 6  Wedding ring, earrings, watch at pawn shop value | $270.00 | $0.00 | | $0.00 | FA |
| 7  Hobby board games, camera valued at flea market | $55.00 | $0.00 | | $0.00 | FA |
| 8  2014 tax refund (EIC) | $1,833.00 | $0.00 | | $0.00 | FA |
| 9  1999 Volkswagen Passat | $586.00 | $0.00 | | $0.00 | FA |
| 10  Home computer/printer at pawn shop value | $125.00 | $0.00 | | $0.00 | FA |
| 11  Other personal property at flea market value (used) | $250.00 | $0.00 | | $0.00 | FA |
| 12  Unscheduled 2015 Income Tax Refund          (u) | $0.00 | $2,477.28 | | $4,764.00 | FA |
| **Asset Notes:** $2286.72 is Debtor's pro-rated portion of tax refund. | | | | | |

**TOTALS (Excluding unknown value)**                                                                    **Gross Value of Remaining Assets**

                                           $4,089.00               $2,477.28                           $4,764.00               $0.00

**Major Activities affecting case closing:**

06/20/2016    2016 Reporting Period:

                 Asset - intercepted 2015 tax refund

                 Claims bar date: 6/15/16

                 Claims to be reviewed, then ready for TFR.

**Initial Projected Date Of Final Report (TFR):**    12/31/2016          **Current Projected Date Of Final Report (TFR):**    03/31/2017          /s/ DAVID LEIBOWITZ

                                                                                                                                                                                                                                                                                                       DAVID LEIBOWITZ

Page No: 1     Exhibit B

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 15-23609 | |
| **Case Name:** | MORGAN, SHAUNTENELL | |
| **Primary Taxpayer ID #:** | **-***1647 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 7/10/2015 | |
| **For Period Ending:** | 1/28/2017 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******0901 |
| **Account Title:** | Morgan, Shauntenell |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/14/2016 | | United States Treasury | Unscheduled 2015 Income Tax Refund | * | $4,764.00 | | $4,764.00 |
| | {12} | | Debtor's pro-rated share of 2015 tax refund $2,286.72 | 1224-002 | | | $4,764.00 |
| | {12} | | Estate's share of 2015 tax refund $2,477.28 | 1224-000 | | | $4,764.00 |
| 03/30/2016 | 3001 | SHAUNTENELL MORGAN | Debtor's Pro-Rated Portion of 2015 Tax Refund | 8100-002 | | $2,286.72 | $2,477.28 |
| 03/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $3.96 | $2,473.32 |
| 04/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $4.58 | $2,468.74 |
| 05/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $3.85 | $2,464.89 |
| 06/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $3.84 | $2,461.05 |
| 07/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $3.97 | $2,457.08 |

| | | | |
|---|---|---|---|
| **TOTALS:** | $4,764.00 | $2,306.92 | $2,457.08 |
| Less: Bank transfers/CDs | $0.00 | $0.00 | |
| **Subtotal** | $4,764.00 | $2,306.92 | |
| Less: Payments to debtors | $0.00 | $2,286.72 | |
| **Net** | $4,764.00 | $20.20 | |

| For the period of 7/10/2015 to 1/28/2017 | | For the entire history of the account between 03/14/2016 to 1/28/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $2,477.28 | Total Compensable Receipts: | $2,477.28 |
| Total Non-Compensable Receipts: | $2,286.72 | Total Non-Compensable Receipts: | $2,286.72 |
| Total Comp/Non Comp Receipts: | $4,764.00 | Total Comp/Non Comp Receipts: | $4,764.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $20.20 | Total Compensable Disbursements: | $20.20 |
| Total Non-Compensable Disbursements: | $2,286.72 | Total Non-Compensable Disbursements: | $2,286.72 |
| Total Comp/Non Comp Disbursements: | $2,306.92 | Total Comp/Non Comp Disbursements: | $2,306.92 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-23609 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | MORGAN, SHAUNTENELL | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1647 | Checking Acct #: | ******0901 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Morgan, Shauntenell |
| For Period Beginning: | 7/10/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/28/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $4,764.00 | $2,306.92 | $2,457.08 |

**For the period of 7/10/2015 to 1/28/2017**

| | |
|---|---|
| Total Compensable Receipts: | $2,477.28 |
| Total Non-Compensable Receipts: | $2,286.72 |
| Total Comp/Non Comp Receipts: | $4,764.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $20.20 |
| Total Non-Compensable Disbursements: | $2,286.72 |
| Total Comp/Non Comp Disbursements: | $2,306.92 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 07/10/2015 to 1/28/2017**

| | |
|---|---|
| Total Compensable Receipts: | $2,477.28 |
| Total Non-Compensable Receipts: | $2,286.72 |
| Total Comp/Non Comp Receipts: | $4,764.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $20.20 |
| Total Non-Compensable Disbursements: | $2,286.72 |
| Total Comp/Non Comp Disbursements: | $2,306.92 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

| Case No. | 15-23609 | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | MORGAN, SHAUNTENELL | | | | | | | | Date: 1/28/2017 |
| Claims Bar Date: | 06/15/2016 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 4 | AMERICAN INFOSOURCE LP AS AGENT FOR T Mobile/T-Mobile USA Inc PO Box 248848 Oklahoma City OK 73124-8848 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $595.69 | $0.00 | $0.00 | $0.00 | $595.69 |
| **Claim Notes:** | reviewed/valid | | | | | | | | |
| 2 | CAPITAL ONE AUTO FINANCE, DIVISION CAPITAL ONE NA P.O. Box 60511 City of Industry CA 91716 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $10,625.30 | $0.00 | $0.00 | $0.00 | $10,625.30 |
| **Claim Notes:** | claim reviewed and is OK. | | | | | | | | |
| | DAVID LEIBOWITZ 53 West Jackson Boulevard, Suite 1610 Chicago IL 60604 | Trustee Compensation | Allowed | 2100-000 | $619.32 | $0.00 | $0.00 | $0.00 | $619.32 |
| | DAVID P. LEIBOWITZ 53 West Jackson Boulevard, Suite 1610 Chicago IL 60604 | Trustee Expenses | Allowed | 2200-000 | $22.84 | $0.00 | $0.00 | $0.00 | $22.84 |
| 1 | ILLINOIS DEPARTMENT OF REVENUE Bankruptcy Section P.O. Box 64338 Chicago IL 60664-0338 | Claims of Governmental Units | Allowed | 5800-000 | $123.44 | $0.00 | $0.00 | $0.00 | $123.44 |
| 1a | ILLINOIS DEPARTMENT OF REVENUE Bankruptcy Section P.O. Box 64338 Chicago IL 60664-0338 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $1,376.26 | $0.00 | $0.00 | $0.00 | $1,376.26 |
| **Claim Notes:** | tax and interest exclusive of priority and penalties | | | | | | | | |
| 1b | ILLINOIS DEPARTMENT OF REVENUE Bankruptcy Section P.O. Box 64338 Chicago IL 60664-0338 | Fines, Penalties § 726(a)(4) | Allowed | 7300-000 | $831.75 | $0.00 | $0.00 | $0.00 | $831.75 |
| **Claim Notes:** | Penalty portion of this claim should be subordinated to other unsecured creditors. | | | | | | | | |

# CLAIM ANALYSIS REPORT

Page No: 2
Exhibit C

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Case No.** | 15-23609 | | | | | | **Trustee Name:** | David Leibowitz |
| **Case Name:** | MORGAN, SHAUNTENELL | | | | | | **Date:** | 1/28/2017 |
| **Claims Bar Date:** | 06/15/2016 | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 5 | MIDLAND FUNDING LLC<br><br>PO Box 2011<br>Warren MI 48090 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $881.56 | $0.00 | $0.00 | $0.00 | $881.56 |
| **Claim Notes:** | (5-1) 8805<br>claim on judgment valid | | | | | | | | |
| 7 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br><br>Successor to CAPITAL ONE BANK (USA), NA<br>POB 41067<br>Norfolk VA 23541 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $290.61 | $0.00 | $0.00 | $0.00 | $290.61 |
| **Claim Notes:** | claim valid | | | | | | | | |
| 6 | SPEEDYRAPID CASH<br><br>P.O. Box 780408<br>Wichita KS 67278 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $307.25 | $0.00 | $0.00 | $0.00 | $307.25 |
| **Claim Notes:** | claim valid | | | | | | | | |
| 3 | US DEPT OF EDUCATION<br><br>CLAIMS FILING UNIT<br>PO BOX 8973<br>MADISON WI 53708-8973 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $34,520.38 | $0.00 | $0.00 | $0.00 | $34,520.38 |
| **Claim Notes:** | (3-1) student loan non dischargeable<br>claim reviewed and is valid | | | | | | | | |
| | | | | | **$50,194.40** | **$0.00** | **$0.00** | **$0.00** | **$50,194.40** |

**CLAIM ANALYSIS REPORT**    Page No: 3
Exhibit C

| Case No.: | 15-23609 | | Trustee Name: | David Leibowitz |
| Case Name: | MORGAN, SHAUNTENELL | | Date: | 1/28/2017 |
| Claims Bar Date: | 06/15/2016 | | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Claims of Governmental Units | $123.44 | $123.44 | $0.00 | $0.00 | $0.00 | $123.44 |
| Fines, Penalties § 726(a)(4) | $831.75 | $831.75 | $0.00 | $0.00 | $0.00 | $831.75 |
| General Unsecured § 726(a)(2) | $47,424.88 | $47,424.88 | $0.00 | $0.00 | $0.00 | $47,424.88 |
| Payments to Unsecured Credit Card Holders | $1,172.17 | $1,172.17 | $0.00 | $0.00 | $0.00 | $1,172.17 |
| Trustee Compensation | $619.32 | $619.32 | $0.00 | $0.00 | $0.00 | $619.32 |
| Trustee Expenses | $22.84 | $22.84 | $0.00 | $0.00 | $0.00 | $22.84 |

Case 15-23609    Doc 30    Filed 02/22/17    Entered 02/22/17 13:14:02    Desc Main
Document    Page 8 of 11

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:       15-23609
Case Name:      SHAUNTENELL MORGAN
Trustee Name:   David P. Leibowitz

|  |  |
|---|---:|
| Balance on hand: | $2,457.08 |

Claims of secured creditors will be paid as follows: NONE

|  |  |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $2,457.08 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| **Reason/Applicant** | **Total Requested** | **Interim Payments to Date** | **Proposed Payment** |
|---|---:|---:|---:|
| David Leibowitz, Trustee Fees | $619.32 | $0.00 | $619.32 |
| David P. Leibowitz, Trustee Expenses | $22.84 | $0.00 | $22.84 |

|  |  |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $642.16 |
| Remaining balance: | $1,814.92 |

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

|  |  |
|---|---:|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $1,814.92 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $123.44 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| **Claim No.** | **Claimant** | **Allowed Amt. of Claim** | **Interim Payments to Date** | **Proposed Payment** |
|---|---|---:|---:|---:|
| 1 | Illinois Department of Revenue | $123.44 | $0.00 | $123.44 |

**UST Form 101-7-TFR (5/1/2011)**

|  | Total to be paid to priority claims: | $123.44 |
|---|---|---|
|  | Remaining balance: | $1,691.48 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $48,597.05 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1a | Illinois Department of Revenue | $1,376.26 | $0.00 | $47.91 |
| 2 | Capital One Auto Finance, division Capital One NA | $10,625.30 | $0.00 | $369.83 |
| 3 | US DEPT OF EDUCATION | $34,520.38 | $0.00 | $1,201.52 |
| 4 | American InfoSource LP as agent for | $595.69 | $0.00 | $20.73 |
| 5 | Midland Funding LLC | $881.56 | $0.00 | $30.68 |
| 6 | SpeedyRapid Cash | $307.25 | $0.00 | $10.69 |
| 7 | Portfolio Recovery Associates, LLC | $290.61 | $0.00 | $10.12 |

|  | Total to be paid to timely general unsecured claims: | $1,691.48 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $831.75 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

**UST Form 101-7-TFR (5/1/2011)**

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 1b | Illinois Department of Revenue | $831.75 | $0.00 | $0.00 |

|  |  |
|---:|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**