**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 15-23609 |
| | § | |
| SHAUNTENELL MORGAN | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $0.00 | Assets Exempt: | $8,189.72 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $1,814.92 | Claims Discharged Without Payment: | $67,296.32 |
| Total Expenses of Administration: | $662.36 | | |

3) Total gross receipts of $4,764.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $2,286.72 (see **Exhibit 2),** yielded net receipts of $2,477.28 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $662.36 | $662.36 | $662.36 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $2,337.00 | $123.44 | $123.44 | $123.44 |
| General Unsecured Claims (from **Exhibit 7**) | $67,639.00 | $49,428.80 | $49,428.80 | $1,691.48 |
| **Total Disbursements** | $69,976.00 | $50,214.60 | $50,214.60 | $2,477.28 |

4). This case was originally filed under chapter 7 on 07/10/2015. The case was pending for 21 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/10/2017                         By:   /s/ David P. Leibowitz
                                                        Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Unscheduled 2015 Income Tax Refund | 1224-002 | $4,764.00 |
| **TOTAL GROSS RECEIPTS** | | **$4,764.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| SHAUNTENELL MORGAN | Exemptions | 8100-002 | $2,286.72 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$2,286.72** |

### EXHIBIT 3 – SECURED CLAIMS
NONE

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $619.32 | $619.32 | $619.32 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $22.84 | $22.84 | $22.84 |
| Green Bank | 2600-000 | NA | $20.20 | $20.20 | $20.20 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $662.36 | $662.36 | $662.36 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Illinois Department of Revenue | 5800-000 | $2,337.00 | $123.44 | $123.44 | $123.44 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $2,337.00 | $123.44 | $123.44 | $123.44 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1a | Illinois Department of Revenue | 7100-000 | $2,337.00 | $1,376.26 | $1,376.26 | $47.91 |
| 1b | Illinois Department of Revenue | 7300-000 | $2,337.00 | $831.75 | $831.75 | $0.00 |
| 2 | Capital One Auto Finance, division Capital One NA | 7100-000 | $9,187.00 | $10,625.30 | $10,625.30 | $369.83 |
| 3 | US DEPT OF EDUCATION | 7100-000 | $33,046.00 | $34,520.38 | $34,520.38 | $1,201.52 |
| 4 | American InfoSource LP as agent for | 7100-000 | $0.00 | $595.69 | $595.69 | $20.73 |
| 5 | Midland Funding LLC | 7100-900 | $882.00 | $881.56 | $881.56 | $30.68 |
| 6 | SpeedyRapid Cash | 7100-000 | $0.00 | $307.25 | $307.25 | $10.69 |
| 7 | Portfolio Recovery Associates, LLC | 7100-900 | $291.00 | $290.61 | $290.61 | $10.12 |
| | Account Recovery Service/ AGL | 7100-000 | $291.00 | $0.00 | $0.00 | $0.00 |
| | Account Recovery Service/ AGL | 7100-000 | $903.00 | $0.00 | $0.00 | $0.00 |
| | Account Resolution Service/ Sullivan | 7100-000 | $310.00 | $0.00 | $0.00 | $0.00 |
| | ACL Laboratories | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | AD Astra Recovery SVS/ SpeedyCash | 7100-000 | $307.00 | $0.00 | $0.00 | $0.00 |
| | Arbor Centers Foe Eyecare/ L. Wang | 7100-000 | $35.00 | $0.00 | $0.00 | $0.00 |
| | Architectural Prop/ G&B Property | 7100-000 | $2,810.00 | $0.00 | $0.00 | $0.00 |
| | Arnold Scott Harris | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | AT&T | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Bank of America | 7100-000 | $100.00 | $0.00 | $0.00 | $0.00 |
| | Blitt & Gaines | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Capital One Auto Finance | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| | ChexSystems | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | City of Chiago/ Dept of Revenue | 7100-000 | $244.00 | $0.00 | $0.00 | $0.00 |
| | City of Chiago/ Dept of Revenue | 7100-000 | $159.00 | $0.00 | $0.00 | $0.00 |
| | City of Country Club Hills | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | COMCAST | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Concord Servcing Corp | 7100-000 | $3,979.00 | $0.00 | $0.00 | $0.00 |
| | ConsumerInfo.com | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Convergent Outsourcing/ COMCAST | 7100-000 | $319.00 | $0.00 | $0.00 | $0.00 |
| | Convergent Outsourcing/ TMobile | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Cook County Health & Hospital | 7100-000 | $253.00 | $0.00 | $0.00 | $0.00 |
| | Cook County Health & Hospital | 7100-000 | $280.00 | $0.00 | $0.00 | $0.00 |
| | Cook County Health & Hospital | 7100-000 | $256.00 | $0.00 | $0.00 | $0.00 |
| | Credit Union 1 | 7100-000 | $500.00 | $0.00 | $0.00 | $0.00 |
| | Creditors Discont & Aud/ City Of Joliet | 7100-000 | $40.00 | $0.00 | $0.00 | $0.00 |
| | Creditors Discont & Aud/ Joliet Fire | 7100-000 | $703.00 | $0.00 | $0.00 | $0.00 |
| | Direct Loan Svc System | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Eastern Account System1/ Comcast | 7100-000 | $200.00 | $0.00 | $0.00 | $0.00 |
| | Eastern Account System1/ Comcast | 7100-000 | $890.00 | $0.00 | $0.00 | $0.00 |
| | Enhanced Recovery Company/ AT&T | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Enhanced Recovery Company/ US CELLULAR | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Equifax | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Experian | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Financial Control Svs/ Falls Collection | 7100-000 | $965.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| | SERVICE | | | | | |
| | Financial Control Svs/ Falls Collection SERVICE | 7100-000 | $307.00 | $0.00 | $0.00 | $0.00 |
| | Franciscan St James Health | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Grand Valley State University | 7100-000 | $1,000.00 | $0.00 | $0.00 | $0.00 |
| | GREAT LAKES HIGHER ED | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Harvard Collect Servi IL Dept of Rev | 7100-000 | $1,564.00 | $0.00 | $0.00 | $0.00 |
| | IL Dept of Revenue | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Ingalls Memorial Hospital | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | IRS | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | JOLIET FIRE DEPT | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Markham Courthouse | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Matteson Public Library | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | MCSI | 7100-000 | $200.00 | $0.00 | $0.00 | $0.00 |
| | MCSI | 7100-000 | $200.00 | $0.00 | $0.00 | $0.00 |
| | Municipal Collections | 7100-000 | $75.00 | $0.00 | $0.00 | $0.00 |
| | Municipal Collections | 7100-000 | $250.00 | $0.00 | $0.00 | $0.00 |
| | Municipal Collections/ Village of OLYMPIA FIELDS | 7100-000 | $250.00 | $0.00 | $0.00 | $0.00 |
| | PLS Check Cashers | 7100-000 | $533.00 | $0.00 | $0.00 | $0.00 |
| | SEARS CBNA | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Southwest Credit Systems | 7100-000 | $596.00 | $0.00 | $0.00 | $0.00 |
| | Spinmaker Resorts | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Sullivan Urgent Aid Centers | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | TRANSUNION | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | U S Attorney Michigan-Western | 7100-000 | $691.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Unique National Coll/ Matteson Public LIBRARY | 7100-000 | $60.00 | $0.00 | $0.00 | $0.00 |
| US CELLULAR | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Village of Olympia Fields | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Vision Financial Seivices | 7100-000 | $289.00 | $0.00 | $0.00 | $0.00 |
| Women For Women Healthcare | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $67,639.00 | $49,428.80 | $49,428.80 | $1,691.48 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 15-23609 | Trustee Name: | David Leibowitz |
| --- | --- | --- | --- |
| Case Name: | MORGAN, SHAUNTENELL | Date Filed (f) or Converted (c): | 07/10/2015 (f) |
| For the Period Ending: | 4/10/2017 | §341(a) Meeting Date: | 08/19/2015 |
| | | Claims Bar Date: | 06/15/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | Cash in wallet | $25.00 | $0.00 | | $0.00 | FA |
| 2 | Fifth Third Bank Checking (3142) | $30.00 | $0.00 | | $0.00 | FA |
| 3 | Household furnishings at used store value | $460.00 | $0.00 | | $0.00 | FA |
| 4 | Bible/School books, CD's, DVD's (used book store value) | $155.00 | $0.00 | | $0.00 | FA |
| 5 | Normal wearing apparel at used store value | $300.00 | $0.00 | | $0.00 | FA |
| 6 | Wedding ring, earrings, watch at pawn shop value | $270.00 | $0.00 | | $0.00 | FA |
| 7 | Hobby board games, camera valued at flea market | $55.00 | $0.00 | | $0.00 | FA |
| 8 | 2014 tax refund (EIC) | $1,833.00 | $0.00 | | $0.00 | FA |
| 9 | 1999 Volkswagen Passat | $586.00 | $0.00 | | $0.00 | FA |
| 10 | Home computer/printer at pawn shop value | $125.00 | $0.00 | | $0.00 | FA |
| 11 | Other personal property at flea market value (used) | $250.00 | $0.00 | | $0.00 | FA |
| 12 | Unscheduled 2015 Income Tax Refund (u) | $0.00 | $2,477.28 | | $4,764.00 | FA |

**Asset Notes:** $2286.72 is Debtor's pro-rated portion of tax refund.

**TOTALS (Excluding unknown value)**

| | | | | | **Gross Value of Remaining Assets** |
| --- | --- | --- | --- | --- | --- |
| | $4,089.00 | $2,477.28 | | $4,764.00 | $0.00 |

**Major Activities affecting case closing:**

06/20/2016   2016 Reporting Period:
Asset - intercepted 2015 tax refund
Claims bar date: 6/15/16
Claims to be reviewed, then ready for TFR.

| **Initial Projected Date Of Final Report (TFR):** | 12/31/2016 | **Current Projected Date Of Final Report (TFR):** | 03/31/2017 | /s/ DAVID LEIBOWITZ |
| --- | --- | --- | --- | --- |
| | | | | DAVID LEIBOWITZ |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 15-23609 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | MORGAN, SHAUNTENELL | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1647 | Checking Acct #: | ******0901 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Morgan, Shauntenell |
| For Period Beginning: | 7/10/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/10/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/14/2016 | | United States Treasury | Unscheduled 2015 Income Tax Refund | * | $4,764.00 | | $4,764.00 |
| | {12} | | Debtor's pro-rated share of 2015 tax refund    $2,286.72 | 1224-002 | | | $4,764.00 |
| | {12} | | Estate's share of 2015 tax refund    $2,477.28 | 1224-000 | | | $4,764.00 |
| 03/30/2016 | 3001 | SHAUNTENELL MORGAN | Debtor's Pro-Rated Portion of 2015 Tax Refund | 8100-002 | | $2,286.72 | $2,477.28 |
| 03/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $3.96 | $2,473.32 |
| 04/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $4.58 | $2,468.74 |
| 05/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $3.85 | $2,464.89 |
| 06/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $3.84 | $2,461.05 |
| 07/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $3.97 | $2,457.08 |
| 03/16/2017 | 3002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $619.32 | $1,837.76 |
| 03/16/2017 | 3003 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $22.84 | $1,814.92 |
| 03/16/2017 | 3004 | Illinois Department of Revenue | Claim #: 1; Amount Claimed: $123.44; Distribution Dividend: 100.00%; | 5800-000 | | $123.44 | $1,691.48 |
| 03/16/2017 | 3005 | Illinois Department of Revenue | Claim #: 1; Amount Claimed: $1,376.26; Distribution Dividend: 3.48%; | 7100-000 | | $47.91 | $1,643.57 |
| 03/16/2017 | 3006 | Capital One Auto Finance, division Capital One NA | Claim #: 2; Amount Claimed: $10,625.30; Distribution Dividend: 3.48%; | 7100-000 | | $369.83 | $1,273.74 |
| 03/16/2017 | 3007 | US DEPT OF EDUCATION | Claim #: 3; Amount Claimed: $34,520.38; Distribution Dividend: 3.48%; | 7100-000 | | $1,201.52 | $72.22 |
| 03/16/2017 | 3008 | American InfoSource LP as agent for | Claim #: 4; Amount Claimed: $595.69; Distribution Dividend: 3.48%; | 7100-000 | | $20.73 | $51.49 |
| 03/16/2017 | 3009 | SpeedyRapid Cash | Claim #: 6; Amount Claimed: $307.25; Distribution Dividend: 3.48%; | 7100-000 | | $10.69 | $40.80 |
| 03/16/2017 | 3010 | Midland Funding LLC | Claim #: 5; Amount Claimed: $881.56; Distribution Dividend: 3.48%; | 7100-900 | | $30.68 | $10.12 |
| 03/16/2017 | 3011 | Portfolio Recovery Associates, LLC | Claim #: 7; Amount Claimed: $290.61; Distribution Dividend: 3.48%; | 7100-900 | | $10.12 | $0.00 |
| | | | **SUBTOTALS** | | $4,764.00 | $4,764.00 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2                    Exhibit 9

| Case No. | 15-23609 | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | MORGAN, SHAUNTENELL | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1647 | | | Checking Acct #: | ******0901 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Morgan, Shauntenell |
| For Period Beginning: | 7/10/2015 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/10/2017 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | Deposit | Disbursement | Balance |
|---|---|---|---|---|---|---|
| | | | **TOTALS:** | $4,764.00 | $4,764.00 | $0.00 |
| | | | Less: Bank transfers/CDs | $0.00 | $0.00 | |
| | | | **Subtotal** | $4,764.00 | $4,764.00 | |
| | | | Less: Payments to debtors | $0.00 | $2,286.72 | |
| | | | **Net** | $4,764.00 | $2,477.28 | |

| For the period of 7/10/2015 to 4/10/2017 | | For the entire history of the account between 03/14/2016 to 4/10/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $2,477.28 | Total Compensable Receipts: | $2,477.28 |
| Total Non-Compensable Receipts: | $2,286.72 | Total Non-Compensable Receipts: | $2,286.72 |
| Total Comp/Non Comp Receipts: | $4,764.00 | Total Comp/Non Comp Receipts: | $4,764.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $2,477.28 | Total Compensable Disbursements: | $2,477.28 |
| Total Non-Compensable Disbursements: | $2,286.72 | Total Non-Compensable Disbursements: | $2,286.72 |
| Total Comp/Non Comp Disbursements: | $4,764.00 | Total Comp/Non Comp Disbursements: | $4,764.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 15-23609 | Trustee Name: | David Leibowitz |
| --- | --- | --- | --- |
| Case Name: | MORGAN, SHAUNTENELL | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1647 | Checking Acct #: | ******0901 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Morgan, Shauntenell |
| For Period Beginning: | 7/10/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/10/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
| --- | --- | --- | --- | --- |
| | | $4,764.00 | $4,764.00 | $0.00 |

**For the period of 7/10/2015 to 4/10/2017**

| | |
| --- | --- |
| Total Compensable Receipts: | $2,477.28 |
| Total Non-Compensable Receipts: | $2,286.72 |
| Total Comp/Non Comp Receipts: | $4,764.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,477.28 |
| Total Non-Compensable Disbursements: | $2,286.72 |
| Total Comp/Non Comp Disbursements: | $4,764.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 07/10/2015 to 4/10/2017**

| | |
| --- | --- |
| Total Compensable Receipts: | $2,477.28 |
| Total Non-Compensable Receipts: | $2,286.72 |
| Total Comp/Non Comp Receipts: | $4,764.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,477.28 |
| Total Non-Compensable Disbursements: | $2,286.72 |
| Total Comp/Non Comp Disbursements: | $4,764.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ